UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

JS-6

**Case No.** CV 19-10404-MWF (KSx)          **Date:** March 13, 2020
**Title:** Kenneth Davidson v. Rashuan Development, LLC, et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE

On December 9, 2019, Plaintiff Kenneth Davidson commenced this action against Defendants Rashuan Development, LLC and Daryush Marzban. (Complaint (Docket No. 1)). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must have served the Complaint by March 9, 2020.

On February 19, 2020, the Court issued an Order directing Plaintiff to show cause ("OSC"), by no later than March 9, 2020, why the action should not be dismissed for lack of prosecution. (Docket No. 11). The Court indicated than any request for an extension of time to effect service would "only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server." (*Id.* at 1).

As of March 12, 2020, Plaintiff has not responded to the OSC.

It is well-established that a district court has authority to dismiss a plaintiff's action due to her failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (noting that district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-10404-MWF (KSx)            **Date:** March 13, 2020

**Title:**     Kenneth Davidson v. Rashuan Development, LLC, et al.

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to Defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260–61 (failure to comply with court orders).

Taking all of these factors into account, dismissal for lack of prosecution is warranted. Plaintiff was specifically warned that failure to timely file a Proof of Service, or request an extension of time to do so, would result in the dismissal of this action on March 10, 2020. (OSC, p. 1).

Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.